AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Idaho

United States of America
v.
Rex Everett Lanham III

*Defendant(s)*

Case No. 1:22-mj-00026-REP

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of between 7/24/2021 and 11/1/2021 in the county of Gem in the District of Idaho, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See the Attached Affidavit in Support of Criminal Complaint by Special Agent Tucker Heap.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Tucker Heap, Special Agent, Federal Bureau of Investigation
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed R. Crim. P. 4.1 by being subscribed electronically and sworn to telephonically.

Date: 02/01/2022

[signature]
*Judge's signature*

City and state: Boise, Idaho

Honorable Raymond E. Patricco, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Tucker Heap, a Special Agent with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND DETECTIVE BACKGROUND

1. I have been employed as a special agent of the FBI for approximately 15 years. I am assigned to the FBI Boise Resident Agency. While employed by the FBI, I have investigated federal criminal violations related to, among other things, the on-line sexual exploitation of children. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

2. I am submitting this affidavit as probable cause to arrest and charge Rex Everett Lanham III, date of birth (DOB) April 23, 1968, with violations of Title 18 U.S.C. § 2252A(a)(2)(A), Receipt of Child Pornography, and Title 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography.

## APPLICABLE LAW

18 U.S.C. § 2252A(a)(2)(A) provides: Any person who knowingly receives or distributes any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, shall be punished as provided in subsection (b)(1).

18 U.S.C. § 2252A(a)(5)(B) provides: Any person who knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means and facility of interstate or foreign commerce

or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer shall be punished as provided in subsection (b).

18 U.S.C. § 2256(2)(A) defines "Sexually explicit conduct" as actual or simulated:

i. sexual intercourse (including genital-genital, oral-genital, or oral-anal), whether between persons of the same or opposite sex;

ii. bestiality;

iii. masturbation;

iv. sadistic or masochistic abuse; or

v. lascivious exhibition of the genitals, anus, or pubic areas of any person.

Regarding the definition of "lascivious exhibition of the genitals or pubic areas of any person, most courts have embraced the six-factor lascivious exhibition" test articulated in *United States v. Dost*, 636 F. Supp. 828, 832 (S.D. Cal. 1986):

a. Whether the focal point of the visual depiction is on the child's genitalia or pubic area;

b. Whether the setting of the visual depiction is sexually suggestive, i.e., in a place or pose generally associated with sexual activity;

c. Whether the child is depicted in an unnatural pose, or in inappropriate attire, considering the age of the child;

d. Whether the child is fully or partially clothed, or nude;

e. Whether the visual depiction suggests sexual coyness or a willingness to engage in sexual activity; and

f. Whether the visual depiction is intended or designed to elicit a sexual response in the viewer.

The *Dost* court also observed, "a visual depiction need not involve all of these factors to be a 'lascivious exhibition of the genitalia or pubic area.' The determination will have to be made based on the overall content of the visual depiction, taking into account the age of the minor." *Id.*

**STATEMENT OF PROBABLE CAUSE**

3. On or about July 24, 2021, an FBI Online Covert Employee (OCE #1) had access to a Kik[1] group where a user with the display name "Tim B" and username "bowswer2020" posted an image into the group containing child sexual abuse material (CSAM)/child pornography. OCE #1 reviewed the image posted by "bowswer2020" and determined the image depicted the sexual exploitation of a minor as defined by federal law. Specifically, on or about July 24, 2021, "bowswer2020" posted an image depicting a nude, prepubescent minor female who appeared to be lying down on a white colored sheet and pink colored blanket. The minor female's vagina was visible to the camera, but the minor's face was not visible. Furthermore, the image appeared to be a "live" image taken just prior to the image being posted in the group.

4. Based on OCE #1's knowledge, training, and experience, OCE #1 knows that when a Kik user sends a "live" image, the word "Camera" is displayed below the image thus identifying that

[1] Kik is an instant messaging application used on mobile devices. It uses a smartphone's data plan or a wireless internet signal to transmit and receive messages, photos, videos and other content after users register a username.

the image was taken with the camera of the device from within the Kik application. In other situations, Kik users can choose to send images that are already stored on their device instead of taking a "live" image, and these types of images will not display the word "Camera" below the image. Additionally, OCE #1 knows Kik users often go through a verification process in order to become a member or remain a member of a Kik group that involves the sharing of child pornography. Typically, the Kik user must send a "live" image of themselves and often must send a "live" image of a minor child to establish that the user has access to a child. During the verification process, Kik users will send these "live" images to verify that the images were taken in the moments prior to the image being sent. Based on this information, OCE #1 believes the Kik user "bowswer2020" captured the image of the prepubescent minor female using his device just prior to posting the image therefore showing that he had access to the minor female child.

5. Additionally, on or about July 24, 2021, "bowswer2020" posted two other images of a different nude female into the group. The female's face is not visible and OCE #1 could not determine the age of the female. The female appeared to have a tattoo under one of her breasts that read "never give up."

6. Prior to the posts on or about July 24, 2021, OCE #1 had communicated with "bowswer2020" via Kik private messages (PMs) from on or about July 13, 2021, through on or about July 26, 2021. The Kik user "bowswer2020" was an administrator[2] of a Kik group and

---

[2] According to publicly available sources and my training and experience, Kik chat groups have "owners" and "admins." Group owners can "promote someone to admin, demote admins, kick/ban non-owners, unban people and change the group name and profile picture." Group admins appear to be able to do everything group owners can, except for demoting a group admin within the chat group.

requested OCE #1 verify[3] with him to remain in the group. OCE #1 verified with "bowswer2020" and then began communicating with him via Kik PMs.

7. On or about July 13, 2021, the Kik user "bowswer2020" sent OCE #1 an image of a minor female who he said was of his 4-year-old daughter. The image depicted a prepubescent minor female wearing a dark colored shirt, light colored shorts, and boots with sparkles. The minor female was also holding onto a small dog with her arm.

8. On or about July 26, 2021, the FBI obtained subscriber identification records from Kik for the username "bowswer2020." Kik's response included the following about the subscriber of the account:

a. First Name: Tim

b. Last Name: B

c. Email: bowswer2020@gmail.com

d. Username: bowswer2020

e. In addition to the subscriber information, Kik provided information related to the type of device "bowswer2020" used to access the account, which was an Apple iPhone.

9. Furthermore, the Kik records identified the IP addresses which were used to access the account from June 26, 2021, through July 26, 2021. A review of the IP address logs revealed hundreds of logins to the account from the IP Address 98.184.137.236 ("Subject IP Address") during the aforementioned dates.

10. Through open-source research, the FBI determined that the Subject IP Address resolved to the internet service provider Cox Communications, Inc. ("Cox"). In response to an emergency

[3] As described in paragraph 4, OCE #1 sent "bowswer2020" an actual "live" image of his face. Afterward, he sent a second "live" image to "bowswer2020" to confirm he had access to a minor.

disclosure request, Cox provided subscriber records and IP lease history for the Subject IP Address, which listed the below information:

a. Name: Coutney Mcabee[4]
b. Address: 2412 W Vicksburg St Broken Arrow, OK 74011
c. Home Phone: 918-704-7436
d. Work Phone: 918-232-8772
e. Lease Records:
    i. Start (GMT): 2021-06-04 20:55:30
    ii. End (GMT): 2021-07-27 11:38:22

11. Through a search of law enforcement databases, the FBI identified that an individual named Courtney Elizabeth McAbee, was associated with the address 2412 W Vicksburg St Broken Arrow, OK 74011. In addition to Courtney, the FBI identified a second individual named Cameron Kelly McAbee, DOB January 2, 1990, who was associated with 2412 W Vicksburg St Broken Arrow, OK 74011.

12. Additionally, through open-source research, the FBI identified a Facebook account associated with Courtney McAbee. Through a review of the Facebook account, the FBI identified a picture of a prepubescent minor female who appeared to match the description of the minor female in the image received by the OCE from the Kik user "bowswer2020" on or about July 13, 2021.

13. On July 26, 2021, the FBI Tulsa Resident Agency executed a federal search warrant, signed in the Northern District of Oklahoma, on 2412 W Vicksburg St Broken Arrow, OK 74011. Agents seized numerous items of investigative value during the search, including extractions of

[4] It should be noted Cox's records misspelled Courtney (missing the letter "R").

Cameron's Apple iPhone. The FBI arrested Cameron McAbee and he was charged with violating Title 18 U.S.C. 2251(b) – Sexual Exploitation of a Child by a Parent. Cameron McAbee was later indicted on charges including Title 18 2252A(g)(2) and (g)(1) – Child Exploitation Enterprise in the Northern District of Oklahoma.

14. During a post-Miranda interview which was audio recorded, Cameron made several incriminating statements, including but not limited to:

- Cameron McAbee confirmed he was active on Kik and had been for approximately two years. He said his username was "bowswer2020," his display name was "Tim B", and he was in an administrative role for multiple chat groups, to include one specifically designed for the sharing of images and videos of the alleged daughters of the group members.
- Cameron McAbee said as a member of this group, he had traded numerous images which would constitute child pornography, to include images of his daughter (hereinafter, Victim #1). Specifically, Cameron admitted to taking the nude photo of his daughter which he shared with OCE #1 in her bedroom, which is located within the Northern District of Oklahoma.
- Cameron McAbee said he used his Apple iPhone, black in color, to access his Kik account, take and share photographs, and store his collection of images constituting child pornography.
- Cameron McAbee provided written consent allowing the FBI, in part, to access his Kik account.

***Review of Cameron's Kik account***

15. Pursuant to Cameron's consent, his Kik account "bowswer2020" was accessed by a second FBI OCE (OCE #2) beginning on or about August 3, 2021. OCE #2 made several observations about Cameron's presence on Kik including, but not limited to:

a. Membership in an Administrator-only Private Chat entitled "Petite And Who Likes Family Admin Room," which included, among others, the following members:[5]

   i. ihidden_pervert (as set forth below, there is probable cause to believe that Rex Everett Lanham III is the owner/operator of this Kik account)

   ii. Jussst05

   iii. Smith33372

   iv. Tennessemaster

b. OCE #2 reported the purpose of this room is for the group owner and administrators to post verification images of new members in one of two Kik groups including "#daughfun2." It should be noted OCE #1 observed CSAM being transmitted in Kik group "#daughfun2" on or about July 24, 2021. This is significant as it illustrates child pornography was previously shared within Kik group "#daughfun2."

***Review of Cameron's iPhone***

16. During the review of information extracted from Cameron's iPhone using Cellebrite Reader, the FBI located numerous images and Kik chats confirming Cameron's statements to law

[5] Three additional group members not listed below have been recently arrested by the FBI as the result of a joint effort between multiple FBI Field Offices. "Other Kik User #1" has been indicted in the Northern District of Florida on charges including engaging in a child exploitation enterprise. "Other Kik User #2" has been indicted in the Western District of Texas for the production, distribution, and possession of child pornography. "Other Kik User #3" has been arrested pursuant to a Federal complaint on charges including production of child pornography, receipt and distribution of child pornography, and possession of child pornography.

enforcement. In part, Agents identified images constituting child pornography which appeared to depict Victim #1, and Kik chats indicating some images were shared with other users.

17. Username "ihidden_pervert" was present within multiple Kik chats, including the administrator chats. The user appeared to be assisting other people to verify and enter the chat rooms, leading agents to believe "ihidden_pervert" held some type of administrative role in coordinating who entered the chats in which CSAM/child pornography was exchanged. The following is an exchange between Cameron's Kik account "bowswer2020" and the user of "ihidden_pervert" on July 25, 2021, across two chats (one chat is believed to be an administrator chat):

- "Marcus Wellbee[6]" - ihidden_pervert: "Tim... the one had verified..."
- "Tim B" - Bowswer2020: "Are you not in the admin channel"
- ihidden_pervert: "I posted it in the group chat"
- Bowswer2020: "Cuz I always check the admin channel before I purge . If someone verified screen shit their verification and post in here so we all are aware of who has verified and who hasn't"
- ihidden_pervert: "Ok"

***Identification of user of Kik account "ihidden_pervert"***

18. On October 27, 2021, the FBI Tulsa RA executed a federal search warrant for the remaining Kik accounts from its investigation that were verified as still active on Kik. One of these accounts was the Kik account with username "ihidden_pervert."

[6] "Marcus Wellbee" is the display name for the Kik account with user name "ihidden_pervert." Based on my training and experience, it is common for users of messaging applications to use fictitious names, especially when the application is used for illegal purposes.

19. On or about November 1, 2021, FBI agents from the Tulsa Resident Agency and Atlanta Division began reviewing the data provided by Kik in response to a search warrant served on October 27, 2021. Kik search warrant return for username "ihidden_pervert" revealed that "ihidden_pervert" appears to have received images and videos of CSAM/child pornography and child erotica. Of the CSAM/child pornography received, at least one image is of an identified victim from the related investigation involving Cameron McAbee. The image (Kik content ID[7] 4e55cd7d-c7c1-48a4-9d24-7d17bba4b96f), which was sent from Cameron McAbee's "Bowswer2020" Kik account on July 24, 2021, at 0743 hours UTC, appears to be a "camera" or "live" image of a prepubescent female from the neck down, laying on her side on what appears to be a bed. The prepubescent female is naked and her legs are partially spread, which exposes her vagina. The FBI identified the female in the image as Victim #1, who is referenced in paragraph 14. Based on my training and experience, I believe this image constitutes child pornography under federal law as the lascivious display of the child's genitals.

20. Further review of Kik search warrant return from the "ihidden_pervert" account revealed a possible "camera" image of the user. The following image was posted to Kik by "ihidden_pervert" on or about August 14, 2021, at 0934 hours UTC time:



[7] According to Kik's law enforcement guide, a content ID is a unique number associated to a media file sent on Kik.

21. Agents from FBI Knoxville Division served an administrative subpoena to Kik for multiple users for the chats that were related to the investigation, which included "ihidden_pervert." Subpoena results revealed multiple IP addresses were used from April 18, 2021, to August 6, 2021, to access the Kik account with the username "ihidden_pervert." An agent from the FBI Tulsa Resident Agency conducted an analysis of those IP addresses. The agent found two IP addresses that had been used to access the account, 174.126.144.36 and 24.117.86.196, that appeared to be "static"[8] and issued by Cable One, Inc. Analysis showed the user "ihidden_pervert" had logged into the Kik account 595 times via the IP address 24.117.86.196 from June 24, 2021 (4:50AM UTC), to August 6, 2021 (11:09PM UTC). Analysis also showed the user had logged into the account 548 times via the IP address 174.126.144.36 from April 18, 2021 (3:49PM UTC), to June 22, 2021 (2:35 UTC).

22. On or about November 9, 2021, the FBI Tulsa Resident Agency served an administrative subpoena to Cable One, Inc. for the subscriber information for IP addresses 24.117.86.196 and174.126.144.36 at the time that the IP addresses were used to access the Kik account. On November 12, 2021, Cable One, Inc. provided the return containing the following information about the subscriber of the IP addresses:

a. Subscriber information for IP addresses 174.126.144.36 and 24.117.86.196:

b. Name: Veda Lanham

c. Address: 919 S Hayes Ave, Emmett, ID 83617-3516.

d. Phone Number: 208-863-7392

e. Email Address: Queen_veda@yahoo.com

---

[8] A "static" IP address is assigned by an internet service provider (ISP), such as Cable One, Inc., or Century Link, that is provided to a subscriber. This type of IP address changes less frequently than a "dynamic" IP address, which the ISP can constantly change.

23. Open source research on Veda Lanham revealed a possible marriage to a Rex Everett Lanham III. Agents from FBI Tulsa Resident Agency were able to view open source information for Rex Everett Lanham III, finding this photograph, which was publicly available on his Facebook page:




24. On November 30, 2021, your affiant conducted a query of Rex Everett Lanham, DOB April 23, 1968, with the Idaho Department of Motor Vehicles (ID DMV). The ID DMV provided the following photograph and information:



a. Name: REX LANHAM III

b. DOB: April 23, 1968.

c. SSAN: 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

d. ID driver's license: MF401582A

e. Address: 919 S. Hayes Avenue, Emmett, ID 83617.

25. I conducted an additional query of Lanham with the National Criminal Information Center (NCIC). Lanham had no criminal history.

26. On January 6, 2022, you affiant spoke with the Chief Steve Kunka, Emmett Police Department, via telephone. Chief Kunka advised Veda Lanham was a clerk at the Emmett Police Department. He confirmed Rex Lanham was her husband and their residential address was 919 S. Hayes Avenue, Emmett, ID. Based on the investigation up until this point, it appears that Veda Lanham and Rex Lanham III are the only individuals residing at the address.

***Review of evidence pursuant to search of "ihidden_pervert" Kik account***

27. On December 22, 2021, the FBI Boise Resident Agency's Evidence Control Room received a disc from the FBI Tulsa Resident Agency. The disc contained a copy of the production provided by Kik pursuant to the federal search warrant executed on the account "ihidden_pervert."

28. On January 4-5, 2022, I reviewed the images and video files saved in the account. I found 13 videos and one image I deemed CSAM/child pornography, per my training and experience. The following are descriptions of three files, listed by their Kik content ID, I found within the account containing CSAM/child pornography:

a. 4e55cd7d-c7c1-48a4-9d24-7d17bba4b96f.jpg: A photograph that appears to be a "camera or "live" image of a prepubescent female from the neck down, laying on her side on what appears to be a bed. The prepubescent female is naked and her legs are partially spread, which exposes her vagina. The FBI identified the female in the

image as Victim #1, who is referenced in paragraph 14. This indicates that the Lanham III likely received this image from Cameron Kelly McAbee or some other Kik user.

b. 9f2a44cb-f760-42e1-8df6-9396ef103807.mpg: A video of what appeared to be a prepubescent female performing oral sex on an adult male.

c. 233dd2f6-20ec-4a7e-b168-31e8d16173ec.mpg: A video of what appeared to be an adult female performing oral sex on a prepubescent female.

29. I believe the two videos files described above, depict acts with a minor child that meet the definition of "sexually explicit conduct" in 18 U.S.C. §§ 2256(2)(A)(i) (sexual intercourse) and the image of Victim #1 meets the definition of "sexually explicit conduct" in 18 U.S.C. § 2256(2)(A)(v) (lascivious display of the child's genitals).

**CONCLUSION**

Based on the foregoing, there is probable cause to arrest and charge Rex Everett Lanham III, DOB April 23, 1968, with violations of Title 18 U.S.C. § 2252A(a)(2)(A), Receipt of Child Pornography, and Title 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography.

Respectfully submitted,

Tucker Heap
Federal Bureau of Investigation

Subscribed and sworn before me this 1st day of February, 2022.

THE HONORABLE RAYMOND E. PATRICCO
United States Magistrate Judge